**Fill in this information to identify your case:**

Debtor 1 Boris Bogatin
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 17-17842 (MDC)
(If known)

❑ Check if this is an amended filing

# Official Form 106H

## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ❑ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ❑ No
     - ❑ Yes. In which community state or territory did you live? ________________. Fill in the name and current address of that person.

   ______________________________
   Name of your spouse, former spouse, or legal equivalent

   ______________________________
   Number Street

   ______________________________
   City State ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Tamara Skvirsky<br>Name<br>1502 Hilltop Terrace<br>Number Street<br>Huntington Valley PA 19006<br>City State ZIP Code | ❑ Schedule D, line ______<br>☑ Schedule E/F, line 4.5, 4.9, 4.10<br>❑ Schedule G, line ______ |
| 3.2 | Alicia Cutillo<br>Name<br>904 West Mount Airy Avenue<br>Number Street<br>Philadelphia PA 19119<br>City State ZIP Code | ❑ Schedule D, line ______<br>❑ Schedule E/F, line ______<br>☑ Schedule G, line 2.1 |
| 3.3 | MNAP Medical Solutions<br>Name<br>9908 E. Roosevelt Blvd<br>Number Street<br>Philadelphia PA 19155<br>City State ZIP Code | ❑ Schedule D, line ______<br>☑ Schedule E/F, line 4.8,4.11<br>❑ Schedule G, line ______ |

Debtor 1 Boris Bogatin (First Name / Middle Name / Last Name) Case number (if known) 17-17842 (MDC)

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.4 SNB Publishing, Inc. (Name); 9908 E. Roosevelt Blvd (Number Street); Philadelphia (City) PA (State) 19155 (ZIP Code) | ❑ Schedule D, line ______<br>☑ Schedule E/F, line 4.8,4.11<br>❑ Schedule G, line ______ |
| 3.5 SNB Billing & Services, Inc. (Name); 9908 E. Roosevelt Blvd (Number Street); Philadelphia (City) PA (State) 19155 (ZIP Code) | ❑ Schedule D, line ______<br>☑ Schedule E/F, line 4.8, 4.11<br>❑ Schedule G, line ______ |
| 3.6 Galina Bogatin (Name); 246 Sunset Drive (Number Street); Richboro (City) PA (State) 18954 (ZIP Code) | ❑ Schedule D, line ______<br>☑ Schedule E/F, line 4.8, 4.11<br>❑ Schedule G, line ______ |
| 3.7 Sergiy Shkuro (Name); 5015 Convent Lane B (Number Street); Philadelphia (City) PA (State) 19114 (ZIP Code) | ❑ Schedule D, line ______<br>☑ Schedule E/F, line 4.8, 4.11<br>❑ Schedule G, line ______ |
| 3._ Name; Number Street; City State ZIP Code | ❑ Schedule D, line ______<br>❑ Schedule E/F, line ______<br>❑ Schedule G, line ______ |
| 3._ Name; Number Street; City State ZIP Code | ❑ Schedule D, line ______<br>❑ Schedule E/F, line ______<br>❑ Schedule G, line ______ |
| 3._ Name; Number Street; City State ZIP Code | ❑ Schedule D, line ______<br>❑ Schedule E/F, line ______<br>❑ Schedule G, line ______ |
| 3._ Name; Number Street; City State ZIP Code | ❑ Schedule D, line ______<br>❑ Schedule E/F, line ______<br>❑ Schedule G, line ______ |